**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Galen E. Watje and Teresa M. Watje, on behalf of themselves and a class of similarly situated persons,**

**Plaintiffs,**

**v.**

**Farmer's Insurance Group of Companies, an Illinois corporation,**

**Defendant.**

**Case No.: 00-CV-1408 DWF/AJB**

**STIPULATION AND ORDER FOR DISMISSAL OF ONE OF PLAINTIFFS' CLAIMS WITH PREJUDICE**

## STIPULATION

**Whereas** Plaintiffs wish to voluntarily dismiss their claim against Defendant for violation of Minn. Stat. § 72A.201, subd. 5(8) as set forth in paragraph 17 of the Complaint;

**Whereas** the parties agree to dismissal of Plaintiffs' claim set forth in paragraph 17 of the Complaint;

**Whereas** the parties agree that as to Plaintiffs' claim set forth in paragraph 17 of the Complaint, all parties shall bear their own costs and attorneys' fees;

**Now therefore,** the parties through their respective attorneys stipulate that pursuant to Fed. R. Civ. P. 41(a)(1), this Court may enter an order dismissing Plaintiffs' claim for violation of Minn. Stat. § 72A.201, subd. 5(8) as set forth in paragraph 17 of the Complaint with prejudice and without costs or attorneys' fees to any party.

JUL 1 8 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUL 18 2000
DEPUTY CLERK

**SISAM & WATJE, Ltd.**

Dated: June 21, 2000

EDWIN L. SISAM #183313
STEVEN MOORE #252463
*Attorneys for Plaintiffs*
6600 France Avenue South
Suite 360
Minneapolis, Minnesota 55435-1804
(612) 920-8877

**HANSON LULIC & KRALL**

Dated: July 5, 2000

WILLIAM M. DRINANE #123596
*Attorneys for Defendant*
920 Second Avenue South
Suite 500
Minneapolis, MN 55402-4032
(612) 333-2530

**ORDER FOR JUDGMENT**

**Based on the stipulation, files, records and proceedings herein, IT IS ORDERED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs' claim for violation of Minn. Stat. § 72A.201, subd. 5(8) as set forth in Paragraph 17 of the Complaint is hereby dismissed with prejudice and without costs or attorneys' fees awarded to any party.

**Let Judgment Be Entered Accordingly.**

Dated: 7-9-2000

Donovan W. Frank
Judge of Minnesota District Court