**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Galen E. Watje and Teresa M. Watje, on behalf of themselves and a class of similarly situated persons,**

**Plaintiffs,**

**v.**

**Farmer's Insurance Group of Companies, an Illinois corporation,**

**Defendant.**

**Case No.: 00-CV-1408 DWF/AJB**

**STIPULATION AND ORDER TO AMEND THE COMPLAINT**

---

## STIPULATION

**Whereas** the proper name of the Defendant is Illinois Farmers Insurance Company;

**Whereas** the parties agree to substitute Illinois Farmers Insurance Company for Farmer's Insurance Group of Companies;

**Now therefore,** the parties through their respective attorneys stipulate that pursuant to Fed. R. Civ. P. 15, this Court may enter an order amending the complaint to name Illinois Farmers Insurance Company, as the sole Defendant herein.

**SISAM & WATJE, Ltd.**

Dated: 7/24/00

EDWIN L. SISAM #183313
TAMMY P. FRIEDERICHS #219423
*Attorneys for Plaintiffs*
6600 France Avenue South
Suite 360
Minneapolis, Minnesota 55435-1804
(612) 920-8877

FILED JUL 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**HANSON LULIC & KRALL**

Dated: July 18, 2000

WILLIAM M. DRINANE #123596
*Attorneys for Defendant*
920 Second Avenue South
Suite 500
Minneapolis, MN 55402-4032
(612) 333-2530

**ORDER**

**Based on the stipulation, files, records and proceedings herein, IT IS ORDERED:**

Pursuant to Fed. R. Civ. P. 15, the complaint is hereby amended to name Illinois Farmers Insurance Company, as the sole Defendant herein.

Dated: 7/26/00

Arthur J. Boylan
Magistrate Judge of Minnesota District Court