**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

GALEN E. WATJE, et al., Civil No. 00-1408 DWF/AJB

Plaintiff,

v.

**PRE-CLASS CERTIFICATION SCHEDULING ORDER**

FARMER'S INSURANCE GROUP
OF COMPANIES, an Illinois Corporation,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Pursuant to Local Rule 26.1(a)(1)(A), no pre-discovery disclosures shall be made until after the ruling on class certification.

2. All discovery on the issue of class certification shall be commenced in time to be completed by April 1, 2001.

3. Disclosure of the identity of any class-certification expert witnesses and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before February 1, 2001.

   b. By Defendant(s) on or before March 1, 2001

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. R.

FILED AUG 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

33(a)] shall be served by any party.

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 class-certification expert deposition.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by December 1, 2000.

2. The class certification motion shall be served on or before May 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Miscellaneous Administrative Matters

1. No later than 30 days following the Court's ruling on the class-certification motion, Defense counsel shall contact the Magistrate Judge's Chambers to arrange a scheduling conference for the liability and damage phase of discovery.

2. A telephone status conference will be held on Monday, August 21, 2000 at 8:30 a.m. Defense counsel shall be responsible for arranging said conference.

Dated: 8/3/00

Arthur J. Boylan
United States Magistrate Judge