**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Galen E. Watje and Teresa M. Watje, on behalf of themselves and a class of similarly situated persons,

Plaintiffs,

vs.

Farmer's Insurance Group of Companies, an Illinois corporation,

Defendants.

Civil Action No.: 00-CV-1408 [illegible]/AJB

**STIPULATION AND ORDER AMENDING THE COMPLAINT**

---

The parties, through their undersigned attorneys, pursuant to Rule 15(a) Fed. R. Civ. P., hereby stipulate that Plaintiffs may amend the Complaint herein as set forth in the attached Amended Complaint, in order to remove all of the previous allegations regarding a proposed plaintiff class and the previously contemplated class action.

Dated: 12-12-00

**SISAM & WATJE, P.A.**

Edwin L. Sisam (#183313)
Steven Moore (#252463)
Tammy P. Friederichs (#219423)
7230 Metro Boulevard
Minneapolis, MN 55439-2128
Telephone: (952) 920-8877
Fax: (952) 646-9977
*Attorneys for Plaintiffs*

DEC 13 2000

Dated: December 8, 2000

**HANSON LULIC & KRALL**

William M. Drinane

William M. Drinane (MN #123596)
920 Second Avenue South
Suite 500
Minneapolis, MN 55402
PH: (612) 333-2530
***Attorneys for Defendant***

## ORDER

Based upon the foregoing Stipulation and the files, records, and proceedings herein,

**IT IS ORDERED:**

The Complaint on file herein is hereby amended as set forth in the Amended Complaint attached hereto.

Dated: 12/12/00

Arthur J. Boylan
Magistrate Judge, U.S. District Court
District of Minnesota

G:\HLK\17251\PLDGS\STIP2.AMD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Galen E. Watje and Teresa M. Watje,**

**Plaintiffs,**

**Case No.: 00-CV-1408 DWF/AJB**

**v.**

**AMENDED COMPLAINT**

**Illinois Farmers Insurance Company, an Illinois corporation,**

**Defendant.**

---

**COMES NOW PLAINTIFFS** Galen E. and Teresa M. Watje, by their attorneys, bring this action against Illinois Farmers Insurance Company, state and allege as follows:

**THE PARTIES**

1. The named Plaintiffs own the home at 10270 Brittany Way, Eden Prairie, Minnesota, hereafter, the "Property" and has owned the property at all times relevant hereto.

2. Defendant is an Illinois corporation, and sells insurance in the State of Minnesota.

3. That Plaintiffs purchased Policy Number 90441-52-09 (hereafter, the "Policy") from Defendant to insure for damage from wind, hail and other causes to the property. Such Policy was in effect on or about May 15, 1998.

4. That on or about May 15, 1998, and again on May 30, 1998, the Property suffered damage from hail and wind.

**COUNT I**
**BREACH OF CONTRACT**

5. Defendant Corporation sold insurance to Plaintiffs which represented to be a "replacement value" policy.

6. On or about May 15, 1998 and on or about May 30, 1998, southern portions of

Hennepin County experienced hail and a strong wind storm, which damaged the subject property.

7. That Defendant has breached said Policy by failing to pay pursuant to the Policy and Minnesota law for damage done to the Property by hail and wind, and still owes Plaintiffs for said loss.

8. Defendant breached its contract with Plaintiffs. As a result of Defendant's breach, Plaintiffs have suffered financial and economic losses.

**COUNT II**
**COMMON LAW MISREPRESENTATION**
**AND VIOLATION OF MINN. STAT. §§325F.67, 325F.69**

9. Plaintiffs reallege each paragraph of the Complaint as if fully set forth herein.

10. Plaintiffs, in reliance of Defendant's representations, paid Defendant for a "replacement value" insurance policy to cover damages to their property from hail and wind storms. Said representations by Defendant were false and Defendant did not pay for the replacement value to their property.

11. Upon information and belief, Defendant also used its sales representatives in furtherance of its pattern of deceptive sales which practice constitutes violations of Minn. Stat. § 325F.69 Subd. 1.

**COUNT III**
**FALSE ADVERTISING AND DECEPTIVE TRADE PRACTICES**
**AND CONSUMER FRAUD**

12. Upon information and belief, Defendant has held itself out in advertisement and in statements claiming it provided replacement value insurance and such statements are false in violation of M.S.A. § 325F.67, M.S.A. § 325F.69, subd. (2), and § 325 F. 69 (1988) entitling Plaintiffs to the damages, attorney fees and costs set forth in such statute. That Plaintiffs have suffered damages in an amount in excess of $75,000.00 including recoverable attorney fees and

costs as a result of such Defendant's violation of such statute.

13. The acts of Defendant constitutes a pattern and practice of false and misleading statements and deceptive sales practices in violation of the Minnesota statutes stated above.

**WHEREFORE**, Plaintiffs respectfully request the Court to:

a. Award Plaintiffs compensatory and other damages in an amount to be determined, including post-judgment and pre-judgment interest;

b. Award Plaintiffs their costs and attorneys fees pursuant to Minn. Stat. § 8.31, (Minnesota Private Attorney General statute), for violations of Minn. Stat. § 325F.67 and § 325F.69, and other applicable law;

c. Award for total compensatory damages, attorney fees, and costs in excess of $75,000 as pled herein; and

c. Award Plaintiffs such other relief as is just and proper.

**SISAM & WATJE, P.A.**

Date: 12-6-00

EDWIN L. SISAM, (#183313)
STEVEN MOORE, (#252463)
TAMMY P. FRIEDERICHS, (#219423)
*Attorneys for Plaintiffs*
7230 Metro Boulevard
Minneapolis, Minnesota 55439-2128
Telephone: (952) 920-8877
Facsimile: (952) 646-9977

**ACKNOWLEDGMENT**

The undersigned acknowledges that pursuant to Minn. Stat. § 549.21, the court may award to any opposing party costs, disbursements and reasonable attorney fees and witness fees if the party represented by the undersigned, or the undersigned, acts in bad faith, asserts a claim or defense that is frivolous and costly to the other party, asserts an unfounded position solely to delay the proceedings, or harasses or commits a fraud upon the court.

Edwin L. Sisam
Attorney for Plaintiffs