**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Galen E. Watje and Teresa M. Watje,

Plaintiffs,

vs.

Illinois Farmers Insurance Company,
an Illinois corporation,

Defendant.

Civil Action No.: 00-CV-1408 AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their undersigned attorneys of record, that the above-entitled case shall be, and the same hereby is, dismissed, with prejudice, on the merits, and without further cost to any party.

Dated: 12-22, 2000

**SISAM & WATJE, P.A.**

By ______________________
Edwin L. Sisam, Esq. (#183313)
Steven Moore, Esq. (#252463)
Tammy P. Freiderichs (#219423)
7230 Metro Boulevard
Minneapolis, MN 55439-2128
(952)920-8877
***Attorneys for Plaintiffs***

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 16 2001
DEPUTY CLERK

Dated: January 8, 2001

**HANSON LULIC & KRALL**

By William M. Drinane
William M. Drinane, Esq. (#123596)
Suite 500
920 Second Avenue South
Minneapolis, MN 55402
(612) 333-2530
***Attorneys for Defendant***

**ORDER**

Based upon the foregoing Stipulation of Counsel:

**IT IS HEREBY ORDERED:**

That the above-captioned matter is hereby dismissed, with prejudice, on the merits, and without further cost to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 1/16, 2000

Arthur J. Boylan
Magistrate Judge

G:\HLK\17251\PLDGS\STIPDIS.ORD